No. 961. VILELLA ET AL. *v.* VILELLA ET AL.—Appeal from the District Court of Aguadilla. Motion to dismiss appeal. Decided March 12, 1913. Motion overruled because it is not shown whether a bill of exceptions or statement of the case was filed, in which case the time for filing the record of the

appeal in this court begins to run from the date of the approval of the same; without prejudice to the re-filing of the motion in proper form. *Mr. Carlos Franco Soto* for the mover. *Mr. Rafael López Landrón* for the adverse party.